08 CV 02055

BLANK ROME, LLP
Attorneys for Plaintiff
TRANS POWER CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TRANS POWER CO. LTD.,

        Plaintiff,

-against-

LMJ INTERNATIONAL LIMITED,

        Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff TRANS POWER CO. LTD. certifies that, according to information provided to counsel by its clients, TRANS POWER CO. LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            February 29, 2008

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    TRANS POWER CO. LTD.

                                    By _____
                                       Jack A. Greenbaum (JG 0039)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000