```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRANS POWER CO. LTD.,

                    Plaintiff(s),

        - against -                        08 Civ. 2055(JES)

LMJ INT'L LTD.,                               ORDER

                    Defendant(s).
----------------------------------------X
```

Counsel to plaintiff in the above-captioned action having come before the Court by letter dated May 28, 2008, and the Court having considered all matters raised, it is

**ORDERED** that the above-captioned action fits within Rule 20 of the Southern District of New York Rules for the Division of Business Among District Judges, to wit: "for reasons beyond the control of the court [this civil case] can neither be tried nor otherwise terminated. . ."; and it is further

**ORDERED** that this action be transferred to the Suspense Docket of this Court until June 2, 2009, with leave to any party to apply on five (5) days' notice for its restoration to the trial calendar of this Court; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on June 2, 2009 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         June   5  , 2008

                                        _____
                                        John E. Sprizzo
                                        United States District Judge